# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2016

153159-60(80)(81)

JUDITH ANGELOFF,
      Plaintiff-Appellee,

v

CITY OF ROYAL OAK,
      Defendant-Appellant,
and

GRAND TRUNK WESTERN RAILROAD
COMPANY,
      Defendant-Appellee.
_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153159; 153160
COA: 322643; 322853
Oakland CC: 2013-133293-NI

On order of the Chief Justice, the motions of defendant-appellee and plaintiff-appellee to extend the time for filing their answers to the application for leave to appeal are GRANTED. The answers will be accepted as timely filed if submitted on or before April 5, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2016

